UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE GORDON,

                 Plaintiff,

        -against-

NEW YORK CITY MAYORS OFFICE, ET AL.,

              Defendants.

25-CV-6671 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Plaintiff brings this action *pro se*. By order dated January 9, 2026, the Court dismissed the complaint, but granted Plaintiff 30 days' leave to replead her claims in an amended complaint. (ECF 8.) On February 25, 2026, Plaintiff filed a letter in which she seeks an extension of time to file an amended complaint. (ECF 9.)

The Court grants Plaintiff's request for an extension of time. Plaintiff must file her amended complaint within 30 days of the date of this order. If Plaintiff does not file an amended complaint within the time prescribed, the Court will direct the Clerk of Court to enter judgment dismissing this action for the reasons stated in the January 9, 2026 order of dismissal (ECF 8).

SO ORDERED.

Dated:    March 2, 2026
         New York, New York

                             *Louis L. Stanton*
                             LOUIS L. STANTON
                               U.S.D.J.