UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE GORDON,

                Plaintiff,

        -against-

NEW YORK CITY MAYORS OFFICE, ET
AL.,

                Defendants.

25-CV-6671 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Plaintiff brings this action *pro se*. By order dated January 9, 2026, the Court dismissed the complaint, but granted Plaintiff 30 days' leave to replead her claims in an amended complaint. (ECF 8.) By order dated March 2, 2026, the Court granted Plaintiff's request for a 30-day extension of time to file an amended complaint. (ECF 10.) On April 3, 2026, Plaintiff filed a letter requesting another extension of time because she is litigating several other *pro se* actions. (ECF 11.)

The Court grants Plaintiff's request for an additional extension of time. Plaintiff must file her amended complaint within 30 days of the date of this order. If Plaintiff does not file an amended complaint within the time prescribed, the Court will direct the Clerk of Court to enter judgment dismissing this action for the reasons stated in the January 9, 2026 order. No further extensions of time will be granted.

SO ORDERED.

Dated:    April 8, 2026
         New York, New York

                                 *Louis L. Stanton*
                                LOUIS L. STANTON
                                   U.S.D.J.