UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE GORDON,

                    Plaintiff,

          -against-

NEW YORK CITY MAYORS OFFICE, ET
AL.,

                    Defendants.

25-CV-6671 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Plaintiff brings this action *pro se*. By order dated January 9, 2026, the Court dismissed the complaint, but granted Plaintiff 30 days' leave to replead her claims in an amended complaint. (ECF 8.) By order dated March 2, 2026, the Court granted Plaintiff's request for a 30-day extension of time to file an amended complaint. (ECF 10.) On April 3, 2026, Plaintiff filed a letter requesting another extension of time because she is litigating several other *pro se* actions. (ECF 11.) By order dated April 8, 2026, the Court granted Plaintiff's second request for an extension of time, but stated that "[n]o further extensions of time will be granted." (ECF 12, at 1.)

On May 1, 2026, Plaintiff filed a letter seeking yet another extension of time to file an amended complaint because she has been busy litigating other *pro se* complaints. (ECF 13.) Because the Court has already granted Plaintiff two extensions of time and warned her that no

further extensions would be granted, the Court denies Plaintiff's request for an extension of time to file an amended complaint. (ECF 13.)

SO ORDERED.

Dated:    May 11, 2026
          New York, New York

_Louis L. Stanton_
Louis L. Stanton
U.S.D.J.

2