**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CATHERINE GORDON,

                              Plaintiff,

        -against-                                               25 **CIVIL** 6671 (LLS)

                                                                **JUDGMENT**

NEW YORK CITY MAYORS OFFICE; NEW
YORK ATTORNEY GENERAL'S OFFICE; NEW
YORK CITY POLICE DEPARTMENT;
AMERICAN DENTAL ASSOCIATION; KINGS
COUNTY FAMILY COURT,

                              Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 10, 2026, the Court has dismissed the amended complaint,

filed IFP under 28 U.S.C. § 1915(a)(1), as barred by the Eleventh Amendment, and for failure to

state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

**Dated:** New York, New York

        June 10, 2026

                                                **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**

                        **BY:**                 K. Mango
                                        _____
                                                **Deputy Clerk**